# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WENDELL C. ROBINSON,           )
                                               )

and                                  )

MAY T. JUNG-ROBINSON,       )
                                            )  Civil Case No. 12-0278 (RJL)

      Plaintiffs,             )

                                            )
           v.                  )

UNITED STATES OF AMERICA,  )

      Defendant.             )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this ____ day of June, 2013, hereby

**ORDERED** that the defendant's Motion to Dismiss [Dkt. #8] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Amended Complaint [Dkt. #6] is **DISMISSED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge

7